IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT CHENCINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:09-CV-00658-DRH-DGW |
| ) | |
| ALFONSO DAVID, et al. ) | |
| ) | |
| Defendants. ) | |

**PROTECTIVE ORDER**

Pending before the Court is the parties' Motion for Protective Order (Doc. 59), filed on September 30, 2009.  In accordance with Federal Rule of Civil Procedure 26(c), the Court finds there is a good cause to enter an order protecting the confidential information.  Wherefore, the Court hereby **GRANTS** the parties' Motion for Protective Order. The parties are reminded that should any disputes arise regarding the scope or application of this protective order, they are required to contact the Court before filing a motion.

**IT IS HEREBY ORDERED:**

1. All photographs taken at the Illinois Department of Corrections Shawnee Correctional Center on October 5, 2010, and produced to Plaintiff's counsel in this cause of action shall be designated "Confidential Materials."

2. While in Shawnee Correctional Center on October 5, 2010, Plaintiff's and Defendants' counsel are not permitted to speak to inmates or staff, except those staff members assisting with, and only relating to, the taking of these specific photographs.

3. Confidential Materials shall be disclosed or made available only to the following persons: (a) counsel of record or other licensed attorneys participating in the litigation; (b) personnel who are specifically assisting in this litigation; and (c) outside consultants or experts specifically retained by counsel to perform investigative work, advise counsel or otherwise assist in this litigation, provided that such individuals are not current or former inmates of the Department.

4. Plaintiff's counsel may show the photographs to Plaintiff, Robert Chencinski, for purposes of case preparation, but may not allow Plaintiff to possess the photographs or copies of the photographs at any time.

5. Persons designated in paragraphs 3 and 4 shall not use, disclose or disseminate any Confidential Material other than for purposes directly related to this litigation and shall not disclose or disseminate Confidential Material to any others, without prior written permission of the Department of Corrections or by order of the Court. Persons to whom Confidential Material is revealed shall be subject to the jurisdiction of the Court for purposes of enforcement or a violation of this Order. Such persons shall be subject to such relief as is deemed appropriate by the Court, including sanctions.

6. A person designated in 3(b) or (c) shall not have access to any Confidential Material until he or she has read a copy of this Order and has indicated in writing that he or she has read a copy of this Order, agrees to be bound by

it and to be thereby subject to the Court's jurisdiction. Copies of all such agreements shall be made available to the Department's counsel upon request.

7. In the event any Confidential Material is used in any proceeding herein prior to the trial of this matter, it shall not lose its Confidential status through such use and the parties shall take all steps reasonably required to protect such confidentiality.

8. All Confidential Material shall be kept safely and securely within full custody of counsel or others entitled to access thereto pursuant to this Order. Additional copies of any Confidential Material may be prepared under supervision of counsel and shall be treated as Confidential and maintained securely.

9. Maintenance of the Confidential status of any such Confidential Material shall be subject to further order of this Court and nothing herein shall preclude any party from applying to the Court for modification of this Order. The parties reserve the right to make application to the Court upon not less than five days' notice to seek permission to modify the provisions of this Order. Counsel shall first seek to resolve by agreement, and without involvement of the Court, any disputes regarding confidential designations.

10. After the termination of this litigation, including all appeals, all Confidential Material shall be returned to the Department of Corrections or destroyed.

**DATED: October 5, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**