# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT CHENCINSKI, JR., #B75443,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**DR. ALFONSO DAVID, GINA** )<br>**SHAFFER, SCOTT RHINE and** )<br>**WEXFORD HEALTH SERVICES, INC.,** )<br>)<br>**Defendants.** ) | Case No. 09-cv-0658-MJR |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On August 25, 2009, Robert Chencinski filed suit against Defendants for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. Before the Court is Gina Shaffer's motion for summary judgment for failure to exhaust administrative remedies (Doc. 47). Shaffer contends that Chencinski failed to exhaust his administrative remedies against her because the grievance filed by Chencinski does not name her.

On February 25, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Stephen C. Williams submitted a Report and Recommendation ("the Report") on Shaffer's motion, recommending that the motion be denied (Doc. 77).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within 14 days of service of the Report. To date, neither party has filed objections. The period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. **Thomas v. Arn, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 77) in its entirety and **DENIES** Shaffer's motion for summary judgment (Doc. 47).

**IT IS SO ORDERED.**

**DATED this 16th day of March, 2011**

<u>**s/Michael J. Reagan**</u>
**MICHAEL J. REAGAN**
**United States District Judge**