**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**ROBERT E. CHENCINSKI, JR.,**

**Plaintiff,**

**vs.**

**ROGER E. WALKER, JR., JODY HATHAWAY, WEXFORD U R, ALFONSO DAVID, GINA SHAFFER, SCOTT RHINE and WEXFORD HEALTH SOURCES, INC.,**

**Defendant(s).**

**CASE NO. 09-658-SCW**

**JUDGMENT IN A CIVIL CASE**

Defendants **ROGER E. WALKER, JR.** and **JODY HATHAWAY** were dismissed by an Order entered by Chief Judge David R. Herndon on March 18, 2010 (Doc. 8).

Defendant **WEXFORD U R** was dismissed by the filing of the Amended Complaint (Doc. 52).

Defendant **SCOTT RHINE** was granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on June 15, 2012 (Doc. 105).

Defendants **GINA SHAFFER** and **WEXFORD HEALTH SOURCES, INC**., were granted summary judgment by an Order entered by Magistrate Judge Stephen C. Williams on July 6, 2012 (Doc. 106).

The remaining issues case before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict in favor of **DR. ALFONSO DAVID, M.D.** and against

plaintiff **ROBERT E. CHENCINSKI, JR.**

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **ROGER E. WALKER, JR., JODY HATHAWAY, WEXFORD U R, ALFONSO DAVID, M.D., GINA SHAFFER, SCOTT RHINE** and **WEXFORD HEALTH SOURCES, INC**. and against plaintiff **ROBERT E. CHENCINSKI, JR.**.

**DATED** this 22nd day of August, 2012

**NANCY J. ROSENSTENGEL, CLERK**

**BY: S/ Angela Vehlewald**
**Deputy Clerk**

**Approved by S/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**